724

▮▮▮▮▮▮▮▮▮▮▮▮▮

Submitted September 9, 1969. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Robinson, Appellant.

Submitted September 8, 1969. *John W. Packel* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record is remanded for a hearing on the merits of the post-conviction petition. Cf. *Commonwealth ex rel. Ackerman v. Russell,* 209 Pa. Superior Ct. 467 (1967) ; *Commonwealth v. Blose,* 430 Pa. 209, 213 (1968).

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth *v.* Robinson, Appellant.

Submitted September 9, 1969. *R. Barclay Surrick,* Assistant Pub-

lic Defender, for appellant; *Ralph B. D'Iorio* and *Vram Nedurian, Jr.,* Assistant District Attorneys, *William R. Toal,* First Assistant, District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Salmons, Appellant.

Submitted September 15, 1969.

*William J. Gallagher,* for appellant; *A. Thomas Parke, III,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Saunders, Appellant.

Argued September 12, 1969.

*Carmen Paul Belefonte,* with him *Kassab, Cherry, Curran & Archbold,* for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram Nedurian, Jr.,* Assistant District Attorney, *William R. Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.